UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN Re:

GLORIBEL ORTIZ RODRIGUEZ

XXX-XX-0562

DEBTOR (S)

CASE NO.10-00638-SEK

CHAPTER 13

TRUSTEE'S MOTION TO INFORM
CONFIRMED PLAN BASE INCREASE

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

1. On September 13, 2010 the Chapter 13 plan dated June 03, 2010 was confirmed/approved with a Base equal to $15,024.00.

2. The above mentioned plan provides that any post-petition tax refund that the debtor(s) would be entitled to receive during the term of the plan would be used to fund the plan. It also provides that after confirmation, and without further notice, hearing or Court order the plan shall be deemed modified by increment(s) to its Base, in an amount equal to the amount of each income tax refund.

3. According to the above described terms of the plan the Trustee hereby inform that the income tax refund for tax year 2009 and 2010 in the amount of $1,071.00 has been received increasing the confirmed plan Base to $16,095.00.

**WHEREFORE** the Trustee respectfully prays that above referred information be acknowledged.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) by first class mail to the address of record and to her/his/their attorney JUAN A SANTOS BERRIOS* by first class mail, if not a ECFS register user, to the address of record.

In San Juan, Puerto Rico this, August 11, 2011.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550